UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Luis A. Rojas Hernandez,　　　　　　　　　　　　Civil No. 16-2537 (DWF/HB)

　　　　　　　Petitioner,

v.　　　　　　　　　　　　　　　　　　　**ORDER ADOPTING REPORT
　　　　　　　　　　　　　　　　　　　　AND RECOMMENDATION**

Joe Paget,

　　　　　　　Respondent.

　　The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated November 10, 2016. (Doc. No. 9.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

　　1.　　Magistrate Judge Hildy Bowbeer's November 10, 2016 Report and Recommendation (Doc. No. [9]) is **ADOPTED**.

2. Luis A. Rojas Hernandez's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. No. [1]) is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 21, 2016       s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge